IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DANIELLE SMITH,               )
                              )
    Plaintiff,                )
                              )   CIVIL ACTION NO.
    v.                        )     2:05cv105-MHT
                              )          (WO)
CPI, CORPORATION,             )
                              )
    Defendant.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion for summary judgment filed by defendant CPI, Corporation (Doc. No. 42) is granted.

(2) Judgment is entered in favor of defendant CPI, Corporation and against plaintiff Danielle Smith, with plaintiff Smith taking nothing by her complaint.

It is further ORDERED that the costs are taxed against plaintiff Smith, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 27th day of February, 2006.**

                                             /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**